**Carnprobst, Catherine**

| | |
|---|---|
| **From:** | McClain-Miller, Jennifer J <jmcclain-m@pa.gov> |
| **Sent:** | Thursday, June 02, 2016 10:25 AM |
| **To:** | Cuthbert, Jamie; Kreiser, Kim (DMVA) |
| **Subject:** | RE: Invoice Reject |

Thanks for the update. John informed me this morning that he had not gotten hold of Ms. MAZUR since he and I had spoken yesterday so he hasn't been able to provide her notice to cease and desist. He understands the urgency of the message and has assured me he will address it with her.

Regarding the invoice e-mail below, do I misunderstand what I am seeing? It looks like Ms. MAZUR is performing duties while suspended.

**Jennifer McClain-Miller** | Labor Relations Analyst
PA Department of Military and Veterans Affairs| Human Resources
Bldg. 0-47 Fort Indiantown Gap | Annville, PA 17003
Phone: 717.861.2767 | Fax: 717.861.6200
jmcclain-m@pa.gov | www.dmva.pa.gov

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cuthbert, Jamie
**Sent:** Thursday, June 02, 2016 10:19 AM
**To:** Kreiser, Kim (DMVA); McClain-Miller, Jennifer J
**Subject:** FW: Invoice Reject
**Importance:** High

I had asked security to send an e-mail to Vince to suspend Margaret's account on the day of her termination. I also asked that it was placed in the blotter that she was not allowed on grounds. It was in the blotter but the e-mail was forgotten. We were unaware that her CWOPA account had not been suspended. This was taken care of this morning upon discovery.

**Jamie Cuthbert** | HR Analyst
PA Department of Military and Veterans Affairs|Bureau of Veterans Homes
Southwestern Veterans Center
7060 Highland Drive | Pittsburgh, PA 15206
Phone: 412.665.6738 | Fax: 412.665.6871
www.dmva.pa.gov

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.

E-Mail: jacuthbert@pa.gov

ATTACHMENT 12

1