# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# PENNSYLVANIA

| | |
|---|---|
| MARGARET MAZUR, | No. 2:17-cv-00826-JFC |
| Plaintiff, | |
| vs. | Judge Conti |
| SOUTHWESTERN VETERANS CENTER and DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, | |
| Defendants. | *Electronically Filed* *December 26, 2017* |

**MOTION TO COMPEL RELEASE OF POLICE INVESTIGATIVE RESULTS**
**OF**
**MAY 18, 2016 CCR # 91034**
**SUBPOENAED ON DECEMBER 7, 2017**

**COMES NOW Plaintiff,** hereinafter, Margaret Mazur, and motions for an Order compelling the City of Pittsburgh Bureau of Police to comply with a subpoena to release the investigative findings of a Theft Investigation initiated by Defendants on May 18, 2016 at 1300 hours and assigned the file number CCR 91034.

Defendants charged Margaret Mazur with the theft of $500.00 and initiated the May 18, 2016 Police Report. Detective Thomas Nee from Zone 5 was dispatched in Vehicle Unit to Southwestern Veterans Center (SWVC), 7060 Highland Drive, Pittsburgh, PA 15206 and performed an investigation of the crime of theft, 3921 theft by unlawful taking or disposition. No one was arrested as a result of the investigation.

Margaret Mazur was subjected to a Pre-Disciplinary Conference (PDC) on May 26, 2017 where Defendants agent, Kim Kreiser, stated in writing that the Police had enough evidence to

charge Margaret Mazur with the investigated crime of theft. As a result of Kim Kreiser's statement, Margaret Mazur was immediately suspended without pay and the charge of stealing/theft was listed in the suspension letter. The charges of the crime of theft were never proven and Margaret Mazur was never provided with a copy of the investigative results given to Defendants despite repeated requests.

Margaret Mazur subpoenaed the results of the investigation and the Police Department refused to release the investigative results stating that the information cannot be released under the Pennsylvania Criminal History Record Information Act (CHRIA).

Defendants charged Margaret Mazur with the crime of theft, did not prove any of the elements required for the charge, and refused to share the results of the Police Investigation that they initiated and subsequently they charged Margaret Mazur with theft eventually resulting in Margaret Mazur having to resign her position at the Agency due to the charges being filed in her employment records as if they were proven. Margaret Mazur requires the truth be placed in the record by the results of the theft investigation being provided. She deserves due process on a serious crime of theft. Accordingly, Margaret Mazur respectfully requests an Order compelling City of Pittsburgh Bureau of Police the release of the above subpoenaed results of the Police Investigation initiated by Defendants.

**Respectfully Submitted,**

*/s/ Margaret Mazur (December 26, 2017)*

**Margaret Mazur**

**ORDER**

**Having considered the facts of the Police Investigation initiated by the Defendants which was used to take punitive action against Plaintiff for the crime of theft, I hereby ORDER that the City of Pittsburgh Bureau of Police release the findings/results of the May 18, 2016 theft investigation CCR #91034 so Plaintiff can exercise her due process rights to defend herself against the charge of theft levied by Defendants. The Defendants charged Plaintiff with theft and Kim Kreiser, Agent for the Defendants, stated that the Police Investigation had evidence to charge Plaintiff with the crime of theft. The Police Records Office is hereby commanded to release the entire investigative file or in the alternative, provide a certified statement that the investigation did or did not find sufficient evidence to charge Plaintiff with the crime of theft.**

**This day of _____December, 2017**

**In the United States District Court Western District of Pennsylvania**

_____

**Judge Joy Flowers Conti
presiding**

## **CERTIFICATE OF SERVICE**

I, Margaret Mazur, certify that a true and correct copy of **PLAINTIFF'S MOTION TO COMPEL RELEASE OF POLICE INVESTIGATIVE RESULTS** was served upon the following people on December 26, 2017 by:

**First Class Mail:**
**ATTN: Lawrence Baumiller**
**Pittsburgh PD Records**
**660 First Avenue, 3rd Floor**
**Pittsburgh, PA 15219**

**Electronically served:**
**Scott Bradley, Defendants Counsel**
**sbradley@attorneygeneral.gov**


*/s/ Margaret Mazur (December 26, 2017)*

**Margaret Mazur, Pro Se**