# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET MAZUR, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIV. A. NO. 17-00826<br>) |
| SOUTHWESTERN VETERANS CENTER and DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ORDER

AND NOW, this 30th day of October, 2018, for the reasons set forth in the accompanying opinion it is hereby ORDERED that the motion for leave to file a second amended complaint (ECF No. 110) filed by Margaret Mazur is DENIED.

IT IS SO ORDERED.

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Chief United States District Judge