IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET MAZUR**, | ) | CIVIL ACTION NO. 17-826 |
| | ) | |
| Plaintiff, | ) | JUDGE JOY FLOWERS CONTI |
| | ) | |
| v. | ) | |
| | ) | |
| **SOUTHWESTERN VETERANS CENTER** *and* **DEPARTMENT OF MILITARY AND VETERANS AFFAIRS.** | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

CASE MANAGEMENT ORDER- SUMMARY JUDGMENT

AND NOW, this 29th day of November, 2018,

IT IS ORDERED that:

1. The parties shall comply with Local Rule 56.1 with respect to making a motion for summary judgment and the filing of a response to the motion. The movant shall file a motion for summary judgment in accordance with the requirements of Local Rule 56.1B on or before **January 18, 2019**, with the concise statement of the facts not to exceed 15 pages. In the movant's brief, the movant shall, for each claim upon which summary judgment is sought, in the first paragraph in which the claim is analyzed, set forth the elements of the claim and identify by paragraph number the material facts not in dispute for that claim which support the movant's argument that the element has been or cannot be met. The opposing party shall file its opposition in accordance with the requirements of Local Rule 56.1C on or before **February 18, 2019,** with the response concise statement of facts not to exceed 15 pages. In the opposing party's brief, the opposing party similarly shall, for each claim upon which summary judgment is

sought, in the first paragraph in which the claim is analyzed, set forth the elements of the claim and identify by paragraph number the material facts in dispute for that claim which supports the opposing party's argument that summary judgment cannot be granted.  Any party failing to respond to a motion for summary judgment shall be deemed not to oppose the motion. The movant may file a reply in accordance with Local Rule 56.1D on or **March 4, 2019,** which may include a reply concise statement of facts (not to exceed 10 pages) to the paragraphs of concise statement facts**.**  On or before **March 14, 2019**, the movant shall file a combined concise statement of material facts which combines the movant's concise statement of material facts, including any reply concise statement, with the responsive concise statement, i.e., the movant shall combine its separately numbered paragraph (1) with the response to that same numbered paragraph in a revised separately numbered paragraph (1).  The combined concise statement shall be prepared so that the response to each separately numbered paragraph is readily identifiable as a response and not part of the movant's submission.   The opposing party shall cooperate with the movant in preparing the combined concise statement of material facts.

2.	The parties shall not incorporate by reference arguments previously raised in the above-captioned case in earlier motions or briefs.  Instead, in any motion for summary judgment that is filed, the movant shall raise all arguments upon which the motion for summary judgment is based in a single motion and memorandum in support.  See Local Rule 56.1B.  The opposing party similarly shall address all arguments upon which the motion for summary judgment is opposed in the memorandum in opposition.   See Local Rule 56.1C(2).

**3.	Within two business days of filing any materials in support of, or in opposition to, a motion for summary judgment, the party filing the materials shall provide a courtesy copy to chambers.  The courtesy copy should be printed from ECF and the**

**documents should include the ECF header.  Attachments to any courtesy copy shall be appropriately marked and tabbed.**

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
Chief United States District Judge
