# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET MAZUR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. A. No. 17-826 |
| SOUTHWESTERN VETERANS CENTER & DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

**AND NOW**, this 12th day of September, 2019, judgment is hereby entered in favor of defendants Southwestern Veterans Center and Department of Military and Veterans Affairs and against plaintiff Margaret Mazur.

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Senior United States District Court Judge