UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Margaret Mazur, Pro Se**           ) | 2:17-cv-00826 |
|         Plaintiff,                              ) | |
|                                                      ) | |
|         v.                                        ) | |
|                                                      ) | **NOTICE OF APPEAL** |
| **Southwestern Veterans Center and** ) | |
| **Dept. of Military and Veterans Affairs** ) | |
|         Defendants.                         ) | Date: October 4, 2019 |

Notice is hereby given that Margaret Mazur, (Plaintiff) in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment from Judge Conti's order granting Defendants summary judgement entered in this action on the 12th day of September, 2019 (ECF Doc 163-165).

                                                               (s) <u>Margaret Mazur</u>
                                                               Pro Se
                                                               243 Ekastown Rd
                                                              Sarver, PA 16055
                                                              724-602-2930