**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
www.pawd.uscourts.gov

**JOSHUA C. LEWIS**
   CLERK OF COURT                                      IN REPLYING GIVE NUMBER
      412−208−7500                                 OF CASE AND NAMES OF PARTIES

                            Date: October 4, 2019

**TO:  MARGARET MAZUR**

**RE:  MARGARET MAZUR vs. SOUTHWESTERN VETERANS CENTER**
      Case Number:    **2:17−CV−00826−JFC**

   A Notice of Appeal has been filed in the above−referenced case. In accordance with Rule 3e of the Federal Rules of Appellate Procedures, the $5 fee and the $500 docketing fee for the Notice of Appeal must be paid to the District Court.

   These fees must be paid unless leave to proceed with the appeal in forma pauperis is granted by either the District Court or the Court of Appeals.

                            Very truly yours,
                            JOSHUA C. LEWIS
                            CLERK OF COURT

                      By:  **/s/ jm2**
                            Deputy Clerk

cc: Patricia S. Dodszuweit, Clerk
 U.S. Court of Appeals
 21400 U.S. Courthouse
 601 Market Street
 Philadelphia, PA 19106