```
Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 24668058819
Cashier ID: nlinkes
Transaction Date: 10/04/2019
Payer Name: Margaret Mazur
---------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Margaret Mazur
 Case/Party: D-PAW-2-17-CV-000826-001
 Amount:        $505.00
---------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
---------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```