UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Margaret Mazur, Pro Se** | ) | **2:17-cv-00826** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **AMENDED** |
| | ) | **NOTICE OF APPEAL** |
| **Southwestern Veterans Center and** | ) | |
| **Dept. of Military and Veterans Affairs** | ) | |
| **Defendants.** | ) | **Date: October 9, 2019** |

Plaintiff hereby amends her Notice of Appeal of October 4, 2019 as follows:

F.R.C.P. Rule 4 grants Appeal rights from District Court Rulings. Plaintiff ("Ms. Mazur")

appeals to the United States Court of Appeals for the Third Circuit the following:

(1) Final judgment (electronically attached) from Judge Conti's order granting Defendants

summary judgement and denying Ms. Mazur's summary judgment, entered in this action on

the 12th day of September, 2019 (ECF Doc 163-165).

(2)  Ms. Mazur is appealing Defendants' violations of Title VII which forbids discrimination

based upon race.

(3) Ms. Mazur is appealing Defendants' violations of Title VII which forbids retaliation for EEO

(Equal Employment Opportunity) involvment.

(4) Ms. Mazur appeals Defendants' violation of Title VII which forbids disparate treatment.

(5) Payment has been received by the District Court on October 7, 2019 Notice of Appeal (ECF

Doc 169).

"Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief."

(s) Margaret Mazur
Pro Se
243 Ekastown Rd
Sarver, PA 16055
724-602-2930

## **CERTIFICATE OF SERVICE**

I, Margaret Mazur, do hereby certify that I have this day served the foregoing Amended Notice

of Appeal and Certificate of Appealability by electronic service to the following:

Scott Bradley

sbradley@attorneygeneral.gov

*/ s /* Margaret Mazur

Margaret Mazur, Pro Se

Date: October 9, 2019